IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO.: 5:15-cv-00098-BR

| | |
|---|---|
| EAST CAROLINA MASONRY, INC., ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| WEAVER COOKE CONSTRUCTION, LLC, ) | |
| ) | |
| Appellee. ) | |

This matter is before the court on appellant's motion to dispense with the appendix requirement under Bankruptcy Rule 8018(b)(1). The motion is ALLOWED.

This 28 September 2015.

_____
W. Earl Britt
Senior U.S. District Judge