UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

East Carolina Masonry, Inc.,
    Appellant,

v.         **JUDGMENT**

Weaver Cooke Construction, LLC,    No. 5:15-CV-98-BR

    Appellee.

**Decision by Court.**

This action came before Senior US District Judge W. Earl Britt for consideration regarding the appeal from the US Bankruptcy Court, Eastern District of North Carolina.

**IT IS ORDERED, ADJUDGED AND DECREED** that the 30 September 2014 and 23 February 2015 orders of the bankruptcy court are AFFIRMED.

**This judgment filed and entered on February 25, 2016, and served on:**

William Walter Rapp (via CM/ECF Notice of Electronic Filing)
C. Hamilton (Hank) Jarrett , III (via CM/ECF Notice of Electronic Filing)
Joseph P. Gram (via CM/ECF Notice of Electronic Filing)
Kelli E Goss (via CM/ECF Notice of Electronic Filing)
Luke J. Farley (via CM/ECF Notice of Electronic Filing)

February 25, 2016

JULIE RICHARDS JOHNSTON, CLERK

By: Deputy Clerk